IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRADFORD ESTEVES, :
:
    Plaintiff, : CIVIL ACTION
:
 vs. : NO. 08-CV-5473
:
SEPTA, :
:
    Defendant. :

## ORDER

AND NOW, this 16th day of February, 2010, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 10) and responses thereto (Doc. Nos. 11, 12), it is hereby ordered that the Motion is GRANTED for reasons set out in the attached Memorandum.

It is further ORDERED that Plaintiff's Motion to Amend the Complaint to include Cynthia Thompson as a defendant is DENIED for the reasons set out in the attached Memorandum.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, J.